CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
124 Halsey Street
P.O. Box 45029
Newark, New Jersey 07101
Attorney for Defendants,
State of NJ Dep't of Children and Families, Div. of Child Prot.
and Permanency (I/P/A 'Div. of Youth and Family Serv.')

By:  Bryan E. Lucas
     Deputy Attorney General
     NJ Attorney ID: 108462015
     (973) 648-3573
     Bryan.Lucas@law.njoag.gov

| | |
|---|---|
| CAYDEN MICHAEL DOURIS, an infant by his Guardians Ad Litem, Richard P. Douris and Carmela M. Douris, and RICHARD P. DOURIS, Individually, and CARMELA M. DOURIS, Individually,<br><br>        Plaintiffs,<br><br>   v.<br><br>BRIDGEWAY REHABILITATION SERVICES, INC., PROGRAM FOR ASSERTIVE COMMUNITY TREATMENT (PACT), PAULA TOWLE, JENNIFER COLLINS, JOHN/JANE DOES 1-10 (being fictitious persons or entities whose identities are currently unknown); STATE OF NEW JERSEY DEPARTMENT OF HUMAN SERVICES, COMMISSIONER JENNIFER VELEZ, DEPARTMENT OF CHILDREN AND FAMILIES, DIVISION OF YOUTH AND FAMILY SERVICES (DYFS), NORTH HUDSON DIVISION OF CHILD PROTECTION AND PERMANENCY, JOHN/JANE DOES 11-20 (being fictitious persons or entities whose identities are currently unknown); STATE OF NEW JERSEY | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY VICINAGE OF NEWARK**<br><br>HON. _____,<br>        U.S.D.J.<br><br>CIVIL ACTION NO. _____<br><br><br>**NOTICE OF REMOVAL** |

-1-

DEPARTMENT OF HUMAN SERVICES, GREYSTONE PSYCHIATRIC HOSPITAL, DIRECTOR JANET MONROE, JOHN/DANE DOES 21-30 (being fictitious persons or entities whose identities are currently unknown); ABC ROES 31-40 (being fictitious persons or entities whose identities are currently unknown),

Defendants(s).

**TO THE CHIEF JUDGE AND JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY:**

This Notice of Removal having been opened to the Court by counsel CHRISTOPHER S. PORRINO, ATTORNEY GENERAL OF NEW JERSEY, Deputy Attorney General Bryan E. Lucas appearing, on behalf of Defendants State of NJ Dep't of Children and Families, and the Div. of Child Prot. and Permanency (I/P/A 'Div. of Youth and Family Serv.'), in accordance with the provisions of 28 U.S.C. § 1446 respectfully show that:

1. State of NJ Dep't of Children and Families and the Div. of Child Prot. and Permanency (I/P/A 'Div. of Youth and Family Serv.') are defendants in a civil action brought in the Superior Court of New Jersey, Law Division, Morris County, entitled: Cayden Michael Douris, et al. v. Bridgeway Rehabilitation Services, Inc., bearing Bergen County Docket Number MRS-L-1876-17.

-2-

2.    The United States District Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331.

3.    This action is removable to the District Court pursuant to 28 U.S.C. § 1441(a).

4.    The Summons and Complaint, filed with the Superior Court of New Jersey, Law Division, Morris County, on or about August 29, 2017, a copy of which was received by counsel for Defendants, State of NJ Dep't of Children and Families and the Div. of Child Prot. and Permanency (I/P/A 'Div. of Youth and Family Serv.'), on or about September 15, 2017, constitutes the first notice to the defendants, State of NJ Dep't of Children and Families and the Div. of Child Prot. and Permanency (I/P/A 'Div. of Youth and Family Serv.'), that the Plaintiffs, Cayden Michael Douris, Richard P. Douris, and Carmela M. Douris, were asserting federal claims which would permit removal to federal court. A copy of the Summons and Complaint is attached hereto as Exhibit A.

5.    Plaintiffs, Cayden Michael Douris, Richard P. Douris, and Carmela M. Douris, have complained in the Fifth Count of the Complaint that the defendants violated "Constitutional Rights: Substantive Due Process: State-Created Danger."

6.    This Notice of Removal is timely filed, pursuant to 28 U.S.C. § 1446(b)(1) and (3), allowing Defendants, State of NJ Dep't of Children and Families and the Div. of Child Prot. and

-3-

Permanency (I/P/A 'Div. of Youth and Family Serv.'), to remove, pursuant to 28 U.S.C. § 1331, on the basis of federal question jurisdiction, since it is filed within thirty (30) days of receipt by counsel for Defendants, State of NJ Dep't of Children and Families and the Div. of Child Prot. and Permanency (I/P/A 'Div. of Youth and Family Serv.'), of a copy of the Summons and Complaint.

7.    The Summons and Complaint (attached as Exhibit A), constitute all pleadings and orders received by Defendants, State of NJ Dep't of Children and Families and the Div. of Child Prot. and Permanency (I/P/A 'Div. of Youth and Family Serv.'), in this action.

8.    Insofar as counsel for Defendants, State of NJ Dep't of Children and Families and the Div. of Child Prot. and Permanency (I/P/A 'Div. of Youth and Family Serv.'), can determine, Defendants State of NJ Dep't of Human Serv., Jennifer Velez, Greystone Psychiatric Hosp., and Janet Monroe have not been served with legal process in this matter.

WHEREFORE, Defendants, State of NJ Dep't of Children and Families and the Div. of Child Prot. and Permanency (I/P/A 'Div. of Youth and Family Serv.'), respectfully request that the action now pending in the Superior Court of New Jersey, Law Division, Morris County, bearing Morris County Docket Number

-4-

MRS-L-1876-17, entitled: <u>Cayden Michael Douris, et al. v.</u>
<u>Bridgeway Rehabilitation Services, Inc.</u>, be removed to this
Court.

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY


By:   /s/ Bryan E. Lucas
      Bryan E. Lucas
      Deputy Attorney General
      NJ Attorney ID: 108462015

DATED: October 13, 2017

-5-